Ruzanna Poghosyan (SBN 256477)
RP Defense Law, APC
16861 Ventura Blvd. Suite 305
Encino, CA 91436
Tel:   818-646-3443
Fax:   818-451-8235
Email: ruzanna@rpcriminaldefense.com
Attorneys for Oganes Emirzyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>          v.<br><br>OGANES EMIRZYAN,<br><br>                    Defendants. | No.  17-CR-0028-03 WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING TO DECEMBER 3, 2018, AT 9:00 A.M.<br><br>Date: November 5, 2018<br><br>Time:  9:00 AM<br><br>Judge: Hon . William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Oganes Emirzyan, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Brian Fogerty, that the Judgment and Sentencing presently set for November 5, 2018 should be continued to December 3, 2018 at 9:00 a.m., and that time under the Local Rule 460 (Fed. R. Crim. P 32) for Filing of Objections to the Pre-Sentencing Report and Reply or Statement should be as follows:

Motion for Correction of the Pre-Sentence Report:   11-19-2018 (2 weeks before sentencing)

Reply or Statement:                              11-26-2018 (1 week before sentencing)

The reason for the continuance is that the Pre-Sentence Report contains a statement, which is in disputed and which may be resolved between the parties through stipulation and without formal objections. Parties need more time to prepare for sentencing.

DATED: October 22, 2018            /s/ Ruzanna Poghosyan
                                   RUZANNA POGHOSYAN
                                   Attorney for OGANES EMIRZYAN

DATED: October 22, 2018            /s/ Brian Fogerty
                                   BRIAN FOGERTY
                                   Attorney for the United States


**ORDER**


    Based on parties' stipulation and for the reasons stated above, IT IS SO ORDERED.

Judgment and Sentencing in this matter will take place on December 3, 2018, at 9:00 AM.


Motion for Correction of the Pre-Sentence Report    11-19-2018 (2 weeks before sentencing)
Shall be Filed with the Court and Served on the
Probation Officer and Opposing Counsel no
Latter Than:

Reply or Statement:                   11-26-2018 (1 week before sentencing)


    Dated:  October 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE