UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OGANES EMIRZYAN,<br><br>　　　　Defendant. | No. 2:17-cr-00028 WBS<br><br>ORDER TERMINATING SUPERVISED RELEASE |

----oo0oo----

　　　Defendant Oganes Emirzyan has filed a Motion for Early Termination of Supervised Release. (Docket No. 134.) The United States does not oppose the motion and reports that defendant's probation officer does not oppose the request. (Docket No. 136.) In light of the non-opposition of the government and the probation officer and the relevant factors under 18 U.S.C. §§ 3553 & 3583, the motion is GRANTED. Defendant's remaining term of supervised release is hereby TERMINATED.

　　　IT IS SO ORDERED.

Dated: March 2, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1